479 A.2d 1114

Private Lands, Inc., Appellant (at No. 22), v. Smith, Appellant (at No. 13).

Argued April 3, 1984. Robert E. Chernicoff, for appellant (at No. 13); for appellee (at No. 22); John N. Keller, for appellant (at No. 22); for appellee (at No. 13).

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Order affirmed.